WANETA W. STROUT, Appellant, *v.* CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent.

Submitted September 30, 1940; decided October 9, 1940.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by providing that the judgments are reversed, with costs in all courts to the appellant. (See 283 N. Y. 406.)